# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSE GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>JAMES ROBERTSON,<br><br>Respondent. | Case No. CV 20-00614-FLA (DFMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: May 21, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge